IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STATE OF MONTANA,<br><br>           Plaintiff,<br><br>vs.<br><br>DEANDRE L. GULLEY,<br><br>           Defendant. | CV 22-31-BLG-SPW-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter. Accordingly, I ask that this case be reassigned.

DATED this 14th day of April, 2022.

_Kathleen L. DeSoto_
Kathleen L. DeSoto
United States Magistrate Judge